No. 12–983.  MYMAIL, LTD. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 5th Cir.  Certiorari denied. ▮

No. 12–996.  ANCIENT COIN COLLECTORS GUILD *v.* UNITED STATES CUSTOMS AND BORDER PROTECTION AGENCY, DEPARTMENT OF HOMELAND SECURITY, ET AL.  C. A. 4th Cir.  Certiorari denied. ▮

No. 12–999.  BRIZUELA *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied. ▮

No. 12–1018.  OU-YOUNG *v.* DONAHOE, POSTMASTER GENERAL.  C. A. 9th Cir.  Certiorari denied. ▮

No. 12–1020.  LOPEZ DE AVILEZ ET AL. *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied. ▮

No. 12–1027.  QUATKEMEYER *v.* KENTUCKY BOARD OF MEDICAL LICENSURE ET AL.  C. A. 6th Cir.  Certiorari denied. ▮

No. 12–1048.  DELLAS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 12–6608.  THORNTON *v.* IVES, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 12–6853.  TUCKER ET VIR *v.* TIFT COUNTY HOSPITAL AUTHORITY ET AL.  Ct. App. Ga.  Certiorari denied. ▮

No. 12–7144.  MUTHUKUMAR *v.* UNIVERSITY OF TEXAS AT DALLAS.  C. A. 5th Cir.  Certiorari denied. ▮

No. 12–7394.  LOMBARDO *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied. ▮

No. 12–7690.  MANNING *v.* EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied. ▮

No. 12–7779.  REYNOLDS *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied. ▮